## HUNT v. STATE.
### No. 25748.

Court of Criminal Appeals of Texas.
March 12, 1952.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Commissioner.

The offense is the unlawful sale of intoxicating liquor in a dry area. Appellant, having plead guilty, was assessed a fine of $200.

The record is before us without a statement of facts or bills of exception.

The complaint and information and proceedings appearing regular, and nothing being presented for review, the judgment of the trial court is affirmed.

Opinion approved by the court.

## SIMMONS v. STATE.
### No. 25753.

Court of Criminal Appeals of Texas.
March 19, 1952.

No attorney for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant waived a jury and pleaded guilty to a charge of possessing whisky for the purpose of sale in a dry area. The court found him guilty and assessed thirty days in jail.

There is no statement of facts nor bill of exception in the record. The proceedings all appear regular and nothing is presented for review by this court.

The judgment is affirmed.